UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez,**<br><br>  Plaintiff,<br><br> v.<br><br>**The Boulevard and Company,<br>INC**., a California Corporation, dba<br>The Kana Company,<br><br>  Defendants. | Case No.: 2:21-cv-02057-WBS-DB<br><br>**ORDER ON REQUEST TO CONTINUE STATUS<br>(PRETRIAL SCHEDULING) CONFERENCE**<br><br>Complaint Filed: November 8, 2021<br>FAC Filed: February 15, 2022<br>Trial Date: N/A |

Having read the request to Continue Status (Pretrial Scheduling) Conference and finding good cause it is hereby ordered that the deadline for the Joint Scheduling Report be continued to **April 25, 2022**, and the Scheduling Conference, be continued to **May 9, 2022 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: March 15, 2022

           /s/ William B. Shubb
           WILLIAM B. SHUBB
           UNITED STATES DISTRICT JUDGE