UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez,**<br><br>        Plaintiff,<br><br>    v.<br><br>**The Boulevard and Company, INC**., a California Corporation, dba The Kana Company,<br><br>        Defendants. | Case No.: 2:21-cv-02057-WBS-DB<br><br>**ORDER ON REQUEST    TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Complaint Filed:    November 8, 2021<br>FAC Filed:           February 15, 2022<br>Trial Date:          N/A |

Having read the request to Continue Status (Pretrial Scheduling) Conference and finding good cause it is hereby ordered that the deadline for the Joint Scheduling Report be continued to **July 18, 2022**, and the Scheduling Conference be continued to **August 1, 2022 at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  April 20, 2022

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-