UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez,**<br><br>    Plaintiff,<br><br>  v.<br><br>**The Boulevard and Company,**<br>**INC**., a California Corporation, dba<br>The Kana Company,<br><br>    Defendants. | Case No.: 2:21-cv-02057-WBS-DB<br><br>**ORDER ON REQUEST    TO VACATE JOINT**<br>**SCHEDULING REPORT**<br><br>Complaint Filed:   November 8, 2021<br>FAC Filed:          February 15, 2022<br>Trial Date:         N/A |

Having read the request to Continue Status (Pretrial Scheduling) Conference and finding good cause it is hereby ordered that Scheduling Conference is reset for **October 24, 2022 at 1:30 p.m.** Plaintiff shall filed his Motion for Default Judgment no later than **July 29, 2022.**

IT IS SO ORDERED.

Dated:  July 15, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE